No. 20,156.

JOHN GILLIES, *Appellee*, v. GEORGE S. LINSCOTT, *Appellant*.

Appeal from Leavenworth district court; JAMES H. WENDORFF, judge. Opinion on rehearing filed December 9, 1916. Reaffirmed. (For original opinion see 98 Kan. 78, 157 Pac. 423.)

*Charles Hayden, F. T. Woodburn, E. D. Woodburn,* all of Holton, *J. K. Codding,* of Leavenworth, and *A. E. Crane,* of Topeka, for the appellant.

*John D. Myers,* of Kansas City, Mo., for the appellee.

OPINION ON REHEARING.

*Per Curiam:* For sufficient reasons, a rehearing in this case (*Gillies v. Linscott,* 98 Kan. 78, 157 Pac. 423) was granted and a reargument ordered. Since then every phase of this controversy has been reconsidered, but the court can discern no way to disturb the judgment of the trial court, nor does it seem advisable either to amplify or modify our former opinion and judgment.